1120

No. 99–8938. DE LA LUZ SALDANA ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8940. SCARBOROUGH *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–8944. WHEELS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–8946. ARMENTROUT *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 99–8949. IREDIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8952. STRADWICK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8959. BRYANT *v.* IRVIN, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8964. WAI CHONG LEUNG *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 99–8966. WILLIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8967. WILSON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–8969. CLYBURN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8970. COLLIERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8971. JEMISON *v.* UNITED STATES; and
No. 99–9024. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 203 F. 3d 823.

No. 99–8972. WOMACK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8979. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.